UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**Dec 12, 2008**

FILED
CLERK'S OFFICE

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION

MDL No. 1905

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-23)**

On February 21, 2008, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 536 F.Supp.2d 1375 (J.P.M.L. 2008). Since that time, 261 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of February 21, 2008, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Dec 30, 2008**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Page 1 of 2

**IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION**  MDL No. 1905

### SCHEDULE CTO-23 - TAG-ALONG ACTIONS

| **DIST**. **DIV**. **C.A. #** | **CASE CAPTION** |
|---|---|
| CALIFORNIA NORTHERN | |
| CAN  3  08-5189 | Arlene Dashute v. Medtronic, Inc. |
| CAN  3  08-5226 | Ted Hollen, et al. v. Medtronic, Inc. |
| FLORIDA SOUTHERN | |
| FLS  0  08-61920 | Maria Cardenas v. Medtronic, Inc. |
| ILLINOIS NORTHERN | |
| ILN  1  08-6612 | James P. Prewit v. Medtronic, Inc., et al. |
| ILLINOIS SOUTHERN | |
| ILS  3  08-836 | Mollie Knox, et al. v. Medtronic, Inc., et al. |
| KENTUCKY EASTERN | |
| KYE  2  08-191 | Donald Mossman v. Medtronic, Inc., et al. |
| MARYLAND | |
| MD  1  08-3131 | Jonathan Barnette, Sr. v. Medtronic, Inc., et al. |
| MISSOURI EASTERN | |
| MOE  1  08-170 | William Vermillion v. Medtronic, Inc., et al. |
| MOE  4  08-1816 | Michael Buford, et al. v. Medtronic, Inc., et al. |
| MOE  4  08-1849 | Kenneth Pfadenhauer v. Medtronic, Inc., et al. |
| MISSOURI WESTERN | |
| MOW  2  08-4288 | Michael Hawks, et al. v. Medtronic, Inc., et al. |
| MOW  3  08-5120 | Roger Barker, et al. v. Medtronic, Inc., et al. |
| MOW  4  08-895 | Rick Atkins, et al. v. Medtronic, Inc., et al. |
| MISSISSIPPI NORTHERN | |
| MSN  2  08-222 | Alma Leoppard, et al. v. Medtronic, Inc., et al. |

CASE 0:08-cv-06517-RHK-JSM   Document 16   Filed 01/27/09   Page 3 of 3

Page 2 of 2

**MDL No. 1905 - Schedule CTO-23 Tag Along Actions (Continued)**

<u>**DIST**</u>. <u>**DIV**</u>. <u>**C.A. #**</u>              **CASE CAPTION**

NORTH CAROLINA EASTERN
  NCE  4  08-193            Robert Owens v. Medtronic, Inc., et al.

NORTH CAROLINA MIDDLE
  NCM  1  08-846            Michael Ryan v. Medtronic, Inc., et al.

NEW JERSEY
  NJ   1  08-5782           Janice Lynn Kubeck, et al. v. Medtronic, Inc., et al.

NEW YORK EASTERN
  NYE  1  08-4142           Thomas Holder, et al. v. Medtronic, Inc., et al.

OHIO NORTHERN
  OHN  1  08-2682           Carol Packard, etc. v. Medtronic, Inc., et al.
  OHN  1  08-2684           Doris Saylor, etc. v. Medtronic, Inc., et al.

OKLAHOMA NORTHERN
  ~~OKN  4  08-703~~            ~~Mark R. Helterbrand, etc. v. Medtronic, Inc.~~  Opposed 12/30/08

PENNSYLVANIA WESTERN
  PAW  2  08-1608           Lucille A. Richardson v. Medtronic, Inc.

TENNESSEE WESTERN
  TNW  1  08-1246           Mary Dickerson, etc. v. Medtronic, Inc., et al.
  TNW  1  08-1247           Glenn Joseph Hindman, Jr., et al. v. Medtronic, Inc., et al.
  TNW  2  08-2688           Mary Canale v. Medtronic, Inc., et al.
  TNW  2  08-2809           Reggie Dewayne Harmon, et al. v. Medtronic, Inc.

TEXAS EASTERN
  TXE  1  08-691            Bobby Rogers v. Medtronic, Inc., et al.
  TXE  1  08-692            Raymond Stout v. Medtronic, Inc., et al.
  TXE  1  08-704            Elijah Taylor v. Medtronic, Inc., et al.
  TXE  1  08-707            Carlton Veltz v. Medtronic, Inc., et al.
  TXE  1  08-708            Leland Sonier v. Medtronic, Inc., et al.
  TXE  1  08-709            William Paul Baker v. Medtronic, Inc., et al.
  TXE  1  08-711            Ronald Washington v. Medtronic, Inc., et al.
  TXE  1  08-712            Doyle Smith v. Medtronic, Inc., et al.

TEXAS SOUTHERN
  TXS  4  08-3066           Dianne J. Skoczylas, etc. v. Medtronic, Inc., et al.
  TXS  4  08-3356           Bonnie M. Hurst, etc. v. Medtronic, Inc., et al.